IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WYNDELL BLUE,

      Appellant,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4665

Opinion filed October 10, 2016.

An appeal from an order of the Leon County Circuit Court.
Charles Dodson, Judge.

Wyndell Blue, pro se, Appellant.

Rana Wallace, General Counsel, and Mark Hiers, Assistant General Counsel, Florida
Commission on Offender Review, Tallahassee, for Appellee.

PER CURIAM.

      Appellant challenges a circuit court order denying his petition for writ of

mandamus as time barred under section 95.11(5)(f), Florida Statutes, and also finding

that appellant did not establish an entitlement to mandamus relief. We conclude that the petition was timely, as it was filed within one year of the Florida Commission on Offender Review's December 13, 2012 action. We affirm, however, because we conclude that the circuit court reached the correct result on the merits of the petition.

ROBERTS, C.J., MAKAR and BILBREY, JJ., CONCUR.